■ In the Matter of ALAN BUXTON, a Resigned Attorney.— Matter is referred to the Departmental Disciplinary Committee for the First Judicial Department to hear and report, and the application for reinstatement held in abeyance pending the report of the Departmental Disciplinary Committee and the further order of this court. Concur—Kupferman, J. P., Ross, Asch, Rosenberger and Ellerin, JJ.